UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEROME HOOKS, | Case No. 2:13-cv-01899-APG-PAL |
| *Plaintiff,* | |
| vs. | **ORDER** |
| WARDEN WILLIAMS, *et al.,* | |
| *Defendant*s. | |

Court mail has been returned from the last institutional address given by plaintiff, with a notation reflecting that he no longer is in custody.  Plaintiff has not filed an updated notice of change of address.  As plaintiff has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that the pauper application (Dkt. #1) is DENIED without prejudice and that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED:  May 6, 2014.

_____

ANDREW P. GORDON
United States District Judge