UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEROME HOOKS,

    *Plaintiff,*

vs.

WARDEN WILLIAMS, *et al.,*

    *Defendant*s.

Case No. 2:13-cv-01899-APG-PAL

**ORDER**

    This closed prison civil rights action comes before the Court on plaintiff's motion (Dkt. #9) to consolidate.

    Plaintiff seeks to consolidate this action together with Case Nos. 2:13-cv-01796-GMN-PAL and 2:13-cv-01797-APG-GWF.

    All three of the actions, including this one, have been closed by a final judgment; and the time to appeal has expired in all three cases. Plaintiff requests in his prayer also a grant of his motion to reopen. There was no motion to reopen filed in any of the three cases when this order was prepared, and, more to the point, there is no motion to reopen pending in this action. Nothing stated in the motion to consolidate otherwise provides a basis for reopening this matter. Plaintiff may not seek relief such as consolidation in an action that has been closed.

    The motion therefore will be denied. The Court notes that this action was dismissed without prejudice because plaintiff did not update his address after he was released from High Desert State Prison. Nothing in the paper filed in this action provides plaintiff's current address, and plaintiff is not in custody at High Desert. Plaintiff thus has not enabled the Clerk to be able to send effective notice of this order.

**IT THEREFORE IS ORDERED** that plaintiff's motion (Dkt. #9) to consolidate is DENIED.

This action has been, and remains, closed.

Dated: June 27, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW P. GORDON
United States District Judge